107 A.3d 748

**Larry SHAW, Petitioner**

v.

**The DISTRICT ATTORNEY OF PHILADELPHIA, the Attorney General of Pennsylvania, and the Superintendent of Scidallas, Respondents.**

**No. 169 EM 2014.**

Supreme Court of Pennsylvania.

Jan. 6, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of January, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**